# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

APPEAL OF: RICHBORO CD PARTNERS, L.P. FROM THE DECISION OF THE BOARD OF SUPERVISORS OF NORTHAMPTON TOWNSHIP DATED JANUARY 15, 2012

PETITION OF: RICHBORO CD PARTNERS, L.P.

LYNDA BATTLEMAN, MURRAY BATTLEMAN, DOUGLAS C. BRONG, C&B SUPERMARKET, INC., CHRISTINE MEYERS, DOUGLAS E. MEYERS, MR. PRINTER, INC., MARY RITA O'HARA, WILLIAM O'HARA, RICHBORO OPTIQUE, RICHBORO SHOP N BAG, BRIDGET SCIPIONE, PAUL J. SCIPIONE, ALLAN R. SPURR, BONNIE G. SPURR,

Intervenors

: No. 298 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal and the Application for Further Costs and Counsel Fees are **DENIED**.